## The County of Louisa *v.* Davison.

Where a tax is levied by a county judge, under section 31 of the act entitled "an act for the public instruction of the state," approved March 12, 1858, for the support of schools within the county, the county treasurer may lawfully collect the same.

*Appeal from the Louisa District Court.*

SATURDAY, JUNE 11.

A CASE SUBMITTED BY AGREEMENT. The agreement, properly signed and sworn to, is as follows:

Whereas, the treasurer of Louisa county, and one Mark Davison, are parties to a question in difference in reference to the collection of the school tax, levied under, and by virtue of the act of the general assembly, entitled "An act for the public instruction of the state of Iowa," approved March 12th, 1858, which might be the subject of a civil action; and whereas, both parties, in good faith, are desirous to present such question in difference to the district court of Louisa county, saving the right to either party to appeal from the judgment of the district court, under and upon the question hereinafter presented, to the supreme court of the state of Iowa. The county of Louisa, therefore, as plaintiff, and Mark Davison, as defendant, agree to present the following question to the district court of Louisa county, viz: Do the laws of the state of Iowa, enacted by the general assembly and the board of education, legally authorize the collection of the school tax, assessed and levied under the act of the general assembly, entitled "An act for the public instruction of the state of Iowa," approved March, 12th, 1858? If the court decide said question in the affirmative, the defendant agrees to submit to a judgment in favor of the county of Louisa, for $25 98, that sum being the amount of school tax assessed and levied upon the property of said defendant in Louisa county, under the act of the general assembly, approved March 12, 1858. If the court decide said question in the negative, the county of Louisa agrees to submit to a judgment in favor of defendant for costs.

Judgment was rendered in favor of the plaintiff, and the defendant appeals.

*B. F. Wriyht*, for the appellant.

*Joshua H. Tracy*, (District Attorney), for the appellee.

Best v. Dean.

STOCKTON, J.—The question presented for our consideration is, whether the county authorities may lawfully collect a school tax, levied under the act of the general assembly of the state of Iowa, approved March 12th, 1858, entitled "An act for the public instruction of the state of Iowa." We understand, from the agreed statement of facts, that the tax referred to is that levied by the county judge, under section 31 of the act, for the support of schools within the county.

As no question is made as to the regularity of the proceedings prior to the levy of the tax, and as those provisions of the law which authorize the levying of taxes, whether for school district or county purposes, have been by this court held to be constitutional and valid, we have no doubt of the power of the county judge, under the section above referred to, to levy a tax for the support of schools within his county, nor of the authority of the county treasurer to collect the same.

As the agreed statement of the parties, does not present a case in which the question legitimately arises, as to the legality or validity of a tax levied under section ten, by the electors of any school district, or under subdivision twenty-one of section thirty, by the county judge, the question of the right of the treasurer to collect any such tax, is not decided.

Judgment affirmed.